U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 8 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KARIN JACOBS, et al.,

§
§
§
Plaintiffs,          § Civil Action No. 3:04-CV-1968-D
§
§
VS.                        §
§
WILLIAM K. TAPSCOTT, JR.,  §
et al.,                    §
§
Defendants.    §

JURY NOTE