IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KARIN JACOBS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 3:04-CV-1968-D |
| VS. § | |
| § | |
| WILLIAM K. TAPSCOTT, JR., § | |
| et al., § | |
| § | |
| Defendants. § | |

### ORDER

The court will conduct a hearing on defendants' motions for judgment as a matter of law on Friday, March 30, 2007 at 3:15 p.m.

**SO ORDERED.**

February 22, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE