```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                   DALLAS DIVISION
```

KARIN JACOBS, et al.,           §
                                §
              Plaintiffs,       §
                                § Civil Action No. 3:04-CV-1968-D
VS.                             §
                                §
WILLIAM K. TAPSCOTT, JR.,       §
et al.,                         §
                                §
              Defendants.       §

### JUDGMENT

In a memorandum opinion and order filed September 25, 2006, the court granted in part defendants' motion for summary judgment. Plaintiffs' remaining claims were tried to a jury on February 5-8, 2007, and the jury returned a verdict partly in favor of plaintiffs and partly in favor of defendants. Defendants renewed their motion for judgment as a matter of law as to the claim found in favor of plaintiffs. The court has granted the motion in a memorandum opinion and order filed today.

Accordingly, for the reasons set out in the memorandum opinions and orders filed September 25, 2006 and today, and based on the part of the jury verdict that favors defendants, it is ordered and adjudged that this suit is dismissed with prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiffs.

Done at Dallas, Texas April 12, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE